[   ] AMENDED

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re: SHAVONN CAIN                                              Case No. 19-21551

Debtor(s).                                                       Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**  (1)  4498 OAKDEN CV          (2) _____
MEMPHIS, TN 38125          _____

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay $ 76.00          ( ✓ ) weekly, (  ) every two weeks, (  ) semi-monthly, or (  ) monthly, by:

( ✓ ) **PAYROLL DEDUCTION** from:  APL Logistics Americas, LTD          **OR**  (  ) **DIRECT PAY.**
17600 N Perimeter Dr. Ste 150
Scottsdale, AZ 85255

**DEBTOR (2)** shall pay $ _____          (  ) weekly, (  ) every two weeks, (  ) semi-monthly, or (  ) monthly, by:

(  ) **PAYROLL DEDUCTION** from:  _____          **OR**  (  ) **DIRECT PAY.**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A)  **CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]**          (  ) YES  ( ✓ ) NO

    (B)  **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE**          ( ✓ ) YES  (  ) NO
    **COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**

    (C)  **AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].**          (  ) YES  ( ✓ ) NO

2. **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** (  ) Included in Plan; **OR** ( ✓ ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**  Paid by:  (  ) Debtor(s) directly, (  ) Wage Assignment, **OR** (  ) Trustee to:          Monthly Plan Payment:

| | | |
|---|---|---|
| _____ ; ongoing payment begins _____ | | $ _____ |
| Approximate arrearage: _____ | | $ _____ |
| _____ ; ongoing payment begins _____ | | $ _____ |
| Approximate arrearage: _____ | | $ _____ |

5. **PRIORITY CLAIMS:**

| | | |
|---|---|---|
| _____ Amount: _____ | | $ _____ |
| _____ Amount: _____ | | $ _____ |

6. **HOME MORTGAGE CLAIMS:**  (   ) Paid directly by Debtor(s); **OR** (   ) Paid by Trustee to:

| | | |
|---|---|---|
| _____ ; ongoing payment begins _____ | | $ _____ |
| Approximate arrearage: _____ Interest _____ % | | $ _____ |
| _____ ; ongoing payment begins _____ | | $ _____ |
| Approximate arrearage: _____ Interest _____ % | | $ _____ |

7. **SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| ROYAL FURNITURE | $300.00 | 6.75 % | $ 6.00 |
| _____ | _____ | _____ % | $ _____ |
| _____ | _____ | _____ % | $ _____ |

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325(a)] | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| UNITED AUTO | $8277.00 | 6.75        % | $ 158.00 |
| | | % | $ |
| | | % | $ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Collateral: _____

Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

US DEPT OF ED/GLELSI _____ ( ) Not provided for    **OR** (✓) General unsecured creditor

_____ ( ) Not provided for    **OR** ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

_____

_____

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $100,999.87 _____.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%,  OR,

(✓) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____    ( ) Assumes  **OR**  ( ) Rejects.

_____    ( ) Assumes  **OR**  ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately 60 _____ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

_____

_____

_____

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Kenneth D. Mayfield _____    **DATE:** 3/8/2019 _____.

**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**